**EXHIBIT A**

**Bernard L. Madoff Investment Securities, LLC**
**Summary of Defendants' Accounts Maintained with BLMIS**

| A/C# | Account Name | Opening Date |
|---|---|---|
| 1A0035 | Appleby Productions Ltd Defined Contribution Plan | January 1, 1990 |
| 1A0036 | Appleby Productions Ltd Money Purchase Plan | January 1, 1990 |
| 1A0037 | Appleby Productions Ltd Profit Sharing Plan | January 1, 1990 |
| 1A0122 | Appleby Productions Ltd Defined Contribution Plan | March 1, 2002 |
| 1A0123 | Appleby Productions Ltd Money Purchase Plan | March 1, 2002 |
| 1A0124 | Appleby Productions Ltd Profit Sharing Plan | March 1, 2002 |
| 1B0061 | The Brighton Company | *Before 1988* |
| 1C1016 | Chais Family Foundation | January 1, 1990 |
| 1C1017 | Chais 1991 Family Trust 1 - Stanley & Pamela Chais Tstees | *Before 1988* |
| 1C1018 | Chais 1991 Family Trust 2 - Stanley & Pamela Chais Tstees | *Before 1988* |
| 1C1019 | Chais 1991 Family Trust 3 - Stanley & Pamela Chais Tst | June 6, 1990 |
| 1C1020 | Emily Chais | *Before 1988* |
| 1C1021 | Emily Chais Trust 1 - Al Angel Trustee | *Before 1988* |
| 1C1022 | Emily Chais Trust 2 - Emily & William Chais Trustee | *Before 1988* |
| 1C1023 | Emily Chais Trust #3 - Emily & William Chais Trustee | *Before 1988* |
| 1C1024 | Emily Chais Issue Trust 1 - Al Angel Trustee | *Before 1988* |
| 1C1025 | Emily Chais Issue Trust 2 - Al Angel Trustee | *Before 1988* |
| 1C1026 | Emily Chais 1983 Trust - Al Angel & Mark Chais Trustee | *Before 1988* |
| 1C1027 | Mark Hugh Chais & Mirie Chais Jt Wros | *Before 1988* |
| 1C1028 | Mark Chais Trust 1 - Al Angel Trustee | *Before 1988* |
| 1C1029 | Mark Hugh Chais Trust 2 - Al Angel Trustee | *Before 1988* |
| 1C1030 | Mark Hugh Chais Trust 3 - Al Angel Trustee | *Before 1988* |
| 1C1031 | Mark Hugh Chais Issue Tst 1 - Al Angel Trustee | *Before 1988* |
| 1C1032 | Mark Hugh Chais Issue Tst 2 - Al Angel Trustee | *Before 1988* |
| 1C1033 | Mark Hugh Chais 1983 Trust - Al Angel & Mark Chais Trustee | *Before 1988* |
| 1C1034 | William Chais | *Before 1988* |
| 1C1035 | William Frederick Chais Tst 1 - Al Angel Trustee | *Before 1988* |
| 1C1036 | William Frederick Chais Tst 2 - William and Mark Chais Trustee | *Before 1988* |
| 1C1037 | William Frederick Chais Tst 3 - William & Mark Chais Trustee | *Before 1988* |
| 1C1038 | William F Chais Issue Tst 1 - Al Angel Trustee | January 1, 1990 |
| 1C1039 | William F Chais Issue Tst 2 - Al Angel Trustee | *Before 1988* |
| 1C1040 | Wm Frederick Chais 1983 Tst - William & Mark Chais Trustee | *Before 1988* |
| 1C1204 | Madeline Celia Chais 1992 Trust | December 28, 1992 |
| 1C1212 | Chloe Francis Chais 1994 Trust | March 9, 1994 |
| 1C1215 | 1994 Trust For The Children of Stanley And Pamela Chais - Al Angel & Mark Chais Trustee | December 13, 1994 |
| 1C1225 | The 1996 Trust For The Children of Pamela Chais and Stanley Chais | December 19, 1996 |
| 1C1227 | Jonathan Wolf Chais Trust William Chais, Mark Chais & Emily Chais Low Trustees | December 23, 1996 |
| 1C1270 | The 1996 Tst For The Children of Pamela & Stanley Chais - Al Angel & Mark Chais Trustee | September 30, 1997 |
| 1C1271 | Tali Chais 1997 Trust | December 30, 1997 |
| 1C1275 | William Chais and Wrenn Chais J/T Wros | February 17, 1998 |
| 1C1284 | Ari Chais, 1999 Trust | April 30, 1999 |
| 1C1285 | Chais Investments | May 28, 1999 |
| 1C1286 | The 1999 Tst For The Children of Pamela Chais and Stanley Chais - Al Angel Trustee | May 28, 1999 |
| 1C1289 | Justin Robert Chasalow 1999 Trust c/o Stanley Chais | November 1, 1999 |
| 1C1290 | Rachel Allison Chasalow 1999 Trust c/o Stanley Chais | November 1, 1999 |
| 1C1291 | Benjamin Paul Chasalow 1999 Trust c/o Stanley Chais | November 1, 1999 |
| 1C1292 | Al Angel Trustee of The 1999 Trust For The Grandchildren of Stanley and Pamela Chais | December 29, 1999 |
| 1C1293 | Mirie Chais Te'Ena 12 | December 30, 1999 |
| 1C1294 | William Chais & Wrenn Chais 1994 Family Tst Dtd 4/25/95 | January 3, 2000 |

**EXHIBIT A**

**Bernard L. Madoff Investment Securities, LLC**
**Summary of Defendants' Accounts Maintained with BLMIS**

| A/C# | Account Name | Opening Date |
|---|---|---|
| 1C1302 | Ari Chais Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1303 | Tali Chais Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1304 | Madeline Chais Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1305 | Chloe Chais Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1306 | Jonathan Chais Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1307 | Benjamin Paul Chasalow Transferee #1 - Albert Angel Trustee | September 1, 2001 |
| 1C1308 | Justin Robert Chasalow Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1309 | Rachel Allison Chasalow Transferee #1 - Albert Angel Trustee | September 30, 2001 |
| 1C1317 | Chais Family Foundation | March 1, 2002 |
| 1L0002 | The Lambeth Co c/o Stanley Chais | *Before 1988* |
| 1O0014 | Onondaga Inc Money Purchase Plan | December 31, 1999 |
| 1O0020 | Onondaga Inc Defined Benefit Pension Plan C/O Stanley Chais | June 23, 2005 |
| 1P0031 | The Popham Company | *Before 1988* |
| 1U0012 | The Unicycle Trading Company c/o Stanley Chais | February 9, 1996 |
| 1U0021 | The Unicycle Trading Company c/o William Chais | January 5, 1998 |
| 1U0022 | Unicycle Corp Money Purchase Plan | December 31, 1999 |