# OFFICE OF THE UNITED STATES TRUSTEE
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**Name:** Dairy Mart Liquidating Trust

**Bankruptcy Number:** 01-42400 (AJG)

**Date of Confirmation:** 3/5/2003

**Reporting Period:** July 1, 2016 to September 30, 2016

**Beginning Cash Balance:** $84,178.19

**All receipts received by the Trust:**

| | |
|---|---:|
| Received from Debtor | - |
| Collection of Accounts Receivable: | - |
| Collection of Funds Due to Others | 253.69 |
| Restitution Receivable | - |
| Tax and Other Refunds | - |
| Miscellaneous Other Income | 9.26 |
| Interest Income | - |
| Returned Check Income | - |

**Total cash received:** 262.95

**Total cash available:** 84,441.14

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:

| | |
|---|---:|
| Salaries, Severance and Related | - |
| Claims, Refunds, Settlements | 1,453.35 |
| Operating Expenses | 2,773.32 |
| Taxes | |

(4,226.67)

Disbursements made pursuant to the administrative claims of bankruptcy professionals: 13,179.66

(13,179.66)

**Total Disbursements** (17,406.33)

**Ending Cash Balance** 67,034.81

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signature: [signature]  Name: Wayne R. Walker

Date: 11/7/16  Title: Liquidating Trustee

Dairy Mart liquidating Trust
Disbursements
July 1, 2016 to September 30, 2016

| Check Date | Check Number | Payee | Salaries, Severance, & Related | Operating Expenses | Claims, Refunds Store Costs Settlements | Professional & Other Fees | Taxes | Distributions | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/16 | 3920 | Walker Nell Partners Inc. | | | | $ 13,179.66 | | | $ 13,179.66 |
| 07/11/16 | | Bank Fees | | $ 175.00 | | | | | $ 175.00 |
| 07/18/16 | 3922 | Iron Mountain | | $ 608.35 | | | | | $ 608.35 |
| 07/20/16 | 3921 | Lucas County Treasurer | | | | | 1,386.66 | | $ 1,386.66 |
| 08/01/16 | | Bank Fees | | $ 10.00 | | | | | $ 10.00 |
| 08/02/16 | 3923 | US Trustee | | $ 650.00 | | | | | $ 650.00 |
| 08/12/16 | 3924 | Lucas County Treasurer | | | | | $ 1,386.66 | | $ 1,386.66 |
| 09/09/16 | | Bank Fees | | 10.00 | | | | | 10.00 |
| | | | $ - | $ 1,453.35 | $ - | $ 13,179.66 | $ 2,773.32 | $ - | $ 17,406.33 |

**Dairy Mart Liquidating Trust**
**Deposit Detail**
**July 1, 2016 to September 30, 2016**

| Date | Payor/Description | Received from Debtor & Asset sales | Collection of Receivables | Collected Funds Due to Others | Restitutions Receivables | Tax & Other Refunds | Misc Income & Other Sources | Interest Income | Returned/Void Check | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ - |
| 7/15/2016 | Kent County | | | | $ 253.69 | | | | | $ 253.69 |
| 7/29/2016 | Interest Income | | | | | | | $ 3.51 | | $ 3.51 |
| 8/31/2016 | Interest Income | | | | | | | $ 3.51 | | $ 3.51 |
| 9/30/2016 | Interest Income | | | | | | | $ 2.24 | | $ 2.24 |
| | | $ - | $ - | $ - | $ 253.69 | $ - | $ - | $ 9.26 | $ - | $ 262.95 |
| | | | | | | | | | | $ (0.00) |